# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAT PAUL VERMA,** | : | CIVIL ACTION NO. 4:20-CV-14 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **CLAIR F. DOLL**, Warden of the York County Prison, *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 9th day of April, 2020, upon consideration of the emergency petition (Doc. 8) for immediate release from custody, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the petition (Doc. 8) for immediate release from custody is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania